# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ROBERT JANUARY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARY KEPPLER, et al.<br><br>　　　　　　Defendants. | NO. C09-5459 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES |

Before the Court is Defendants' Motion for Extension of Time. Dkt. 13. Defendants seek an order extending the discovery deadline from February 12, 2010 to June 12, 2010, the dispositive motion deadline from March 12, 2010 to July 12, 2010, and the joint status report from April 26, 2010 to August 26, 2010. *Id.* The motion is based on the demands of defense counsel's litigation practice. *Id.*, pp. 1-2. The court finds and **ORDERS** that Defendants' Motion for Extension of time (Dkt. 13) shall be **GRANTED as follows:**

(1)　The discovery deadline shall be extended to **June 12, 2010.**

(2)　The dispositive motions deadline shall be extended to **July 12, 2010.**

(3)　The parties are directed to confer and provide the court with a joint status report by no later than **August 26, 2010**.

(4) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this 11th day of January, 2010.

Karen L. Strombom
United States Magistrate Judge