UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT JANUARY,

    Plaintiff,

v.

MARY KEPPLER, et al.,

    Defendants.

CASE NO. C09-5459BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 24. The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation;

(2) The Court **GRANTS** the Plaintiff's motion for a voluntary dismissal (Dkt. 23) pursuant to the Federal Rules of Civil Procedure Rule 41(a)(2).

DATED this 24th day of May, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER