# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT JANUARY,

         v.

MARY KEPPLER, et al.,

JUDGMENT IN A CIVIL CASE

No. C09-5459BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    The Court **GRANTS** the Plaintiff's motion for a voluntary dismissal (Dkt. 23) pursuant to the Federal Rules of Civil Procedure Rule 41(a)(2).

| May 25, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                          *s/ Mary Trent*
                                                          Deputy Clerk